**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

DAVID N.T. WATSON,

    Plaintiff,

vs.

COMMUNITY EDUCATION CENTERS, INC., a Delaware corporation, and JOHN J. CLANCY, an Individual,

    Defendants.

Civil Action No. 2:11-cv-4855

**CONSENT ORDER FOR WITHDRAWAL OF MOTIONS**

THIS MATTER having been brought before the Court upon *letter* application of Wolff & Samson, attorneys for the defendants Community Education Centers, Inc. and John J. Clancy, with the consent of Peckar & Abramson, attorneys for the plaintiff, for the entry of a consent order withdrawing the pending motion for summary judgment and granting the motion to seal, and for other miscellaneous relief, and the Court having considered the papers submitted by the parties, and for good cause shown;

IT IS on this 28th day of September 2012, Ordered as follows:

1. The plaintiff's motions for summary judgment [Docket Entry #58-61, 64] be and hereby are withdrawn without prejudice; *and based on the arguments contained in Defendants' letter dated September 26, 2012*

2. In light of the withdrawal of the motion for summary judgment, the Court will not rely upon the documents which are subject to the plaintiff's motion to seal [Docket Entry # 62 and 63], and, therefore, the plaintiff's motion to seal be and hereby shall be granted; and

3. A copy of this Consent Order shall be served upon counsel for the plaintiff's within seven (7) days of receipt by Wolff & Samson.

3475217.1

So ordered:

_____
HON. MARK FALK, U.S.M.J.

The undersigned hereby consent to the form and entry of this Consent Order.

| PECKAR & ABRAMSON, PC<br>Attorneys for Plaintiff<br>David N.T. Watson | WOLFF & SAMSON PC<br>Attorneys for Defendants<br>Community Education Centers, Inc. and<br>John J. Clancy |
|---|---|
| By: _____<br>Kevin J. O'Connor, Esq.<br><br>Dated: September 20, 2012 | By: _____<br>Catherine P. Wells, Esq.<br><br>Dated: September 20, 2012 |

2

3417807.5
3476317.1