## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID N.T. WATSON, | |
| Plaintiff, | Civil Action No. 2:11-cv-4855 |
| vs. | |
| COMMUNITY EDUCATION CENTERS, INC., a Delaware corporation, and JOHN J. CLANCY, an individual, | **CONSENT ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Defendants. | |

THIS MATTER having been brought before the Court upon application of Wolff & Samson, attorneys for the defendants Community Education Centers, Inc. and John J. Clancy, with the consent of Peckar & Abramson, attorneys for the plaintiff, for the entry of a consent order dismissing this case with prejudice and without costs based upon the parties' amicable resolution of the issues raised herein, and the Court having considered the papers submitted by the parties, and for good cause shown;

IT IS on this 3rd day of October, 2012, Ordered as follows:

1. The above entitled matter be and hereby is dismissed with prejudice and without costs and/or attorneys' fees against any party; and

2. A copy of this Consent Order shall be served upon counsel for the plaintiffs within seven (7) days of receipt by Wolff & Samson.

So ordered:

~~HON. MARK FALK, U.S.M.J.~~

HON. WILLIAM J. MARTINI, U.S.D.J.

3475217.1

The undersigned hereby consent to the form and entry of this Consent Order.

PECKAR & ABRAMSON, PC
Attorneys for Plaintiff
David N.T. Watson

By: *[signature]*

Kevin J. O'Connor, Esq.

Dated: September 20, 2012

WOLFF & SAMSON PC
Attorneys for Defendants
Community Education Centers, Inc. and
John J. Clancy

By: *Catherine Wells*

Catherine P. Wells, Esq.

Dated: September 20, 2012

2